JS-6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABRIELLA PORGE, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 2:23-cv-03957-PA-BFM<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice;

2. On August 8, 2023, USCIS issued a Request for Evidence ("RFE") in connection with Plaintiff Porge's pending Form I-829 Petition by Investor to Remove Conditions on Permanent Resident Status. The RFE has a deadline of November 2, 2023 for the submission of responsive evidence;

3. Plaintiffs shall submit evidence responsive to the RFE, if any, to USCIS on or before November 2, 2023;

4. USCIS shall diligently work towards completing adjudication of the Form I-829 Petition by Investor to Remove Conditions on Permanent Resident Status by January 5, 2024, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication; and

5. Each party shall bear his, her or its own litigation costs, expenses, and attorney fees.

Dated:  October 5, 2023

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section


/s/ *Richard C. Burson*
RICHARD C. BURSON
Special Assistant United States Attorney
Attorneys for Defendants

2